UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DANIEL J. SULLIVAN, | ) CAS No. CV 08-07555-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the Commissioner's decision is reversed and remanded further proceedings pursuant to Sentence 4 of 42 U.S.C. Sec.405(g).

DATED: March 2, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE